UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHARLES PUCKETT

VERSUS

EUGENIE C. POWERS, ET AL

CIVIL ACTION

NO. 11-613-BAJ-DLD

**RULING AND
ORDER OF DISMISSAL**

The Court, having carefully considered the petition, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated April 3, 2012 (doc. 24), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, defendants' motion to dismiss for insufficient service of process (doc. 12) is granted.

**IT IS ORDERED** that this action is dismissed without prejudice.

Baton Rouge, Louisiana, April 30, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA